Brian Owen HALL, Plaintiff–Appellant,

v.

CORRECTIONAL MEDICAL SERVICES; Doctors and Nurses of CMS; Correctional Medical Services, Employed by Contractor Dr. Aldana; Rose Mary Robinson; A. McLoy, Nurse, LPN; Pamela Reedham, Nurse, RN, Defendant–Appellant,

v.

Office of the Attorney General, Party–in–Interest.

No. 11–6084.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Brian Owen Hall, Appellant Pro Se. Philip Melton Andrews, Ryan Alexander Mitchell, Kramon & Graham, P.A., Baltimore, Maryland, for Appellees.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

284

PER CURIAM:

Brian Owen Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny as moot Hall's motion for abeyance and affirm for the reasons stated by the district court. *Hall v. Corr. Med. Servs.*, No. 8:10–cv–00701–RWT (D.S.C. filed Dec. 1, 2010, entered Dec. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*